**GLANCY PRONGAY & MURRAY LLP**
LIONEL Z. GLANCY (#134180)
ROBERT V. PRONGAY (#270796)
LESLEY F. PORTNOY (#304851)
CHARLES H. LINEHAN (#307439)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email:  rprongay@glancylaw.com

*Counsel for Lead Plaintiff Bhupendra V. Shah*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Chegg, Inc. Securities Litigation | Master File No. 3:18-cv-05956-CRB |
| | **<u>CLASS ACTION</u>** |
| This Document Relates To: All Actions | **LEAD PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lead Plaintiff Bhupendra V. Shah ("Lead Plaintiff") hereby voluntarily dismisses this action, without prejudice, as to all Defendants (Chegg, Inc., Daniel Rosensweig, and Andrew Brown).  As grounds therefore, Lead Plaintiff states that: (1) Defendants have not filed an answer or a motion for summary judgment; and (2) this dismissal will not bind or prejudice any party or member of the putative class.

Dated:  March 29, 2019

**GLANCY PRONGAY & MURRAY LLP**


By:  *s/ Robert V. Prongay*
Lionel Z. Glancy
Robert V. Prongay
Lesley F. Portnoy
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email:  rprongay@glancylaw.com

*Counsel for Lead Plaintiff Bhupendra V. Shah*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On March 29, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 29, 2019, at Los Angeles, California.

*s/ Robert V. Prongay*
Robert V. Prongay